29 So.3d 397 (2010)
Juan Carlos ALBO and Sandra M. Albo, Appellants,
v.
Terry GILLEN and Directv, Inc., etc., Appellees.
No. 3D09-946.
District Court of Appeal of Florida, Third District.
March 3, 2010.
Leonardo A. Canton, Coral Gables, for appellants.
Stump, Dietrich & Spears and Douglas C. Spears, Orlando, for appellees.
Before GERSTEN, WELLS, and SHEPHERD, JJ.
PER CURIAM.
Affirmed. See Hickman v. Barclay's Int'l Realty, Inc., 16 So.3d 154 (Fla. 4th DCA 2009).